# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Family Entertainment Services, Inc. | ) ASBCA No. 56839 |
| D/B/A/ IMC | ) |
| | ) |
| Under Contract No. DABK21-03-C-0019 | ) |

APPEARANCE FOR THE APPELLANT:    Charles F. Merz, Esq.
    Charles F. Merz & Associates, PLLC
    Louisville, KY

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Evan C. Williams, JA
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 August 2014

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 56839, Appeal of Family Entertainment Services, Inc. D/B/A IMC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals